
FILED
JAN 29 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  MONICA L. BERMUDEZ
   Attorney at Law, SBN 275434
2  1670 M. Street
   Bakersfield, CA 93301
3  Tel: (661) 616-2141
4  Fax: (661) 322-7675
   Email: monica@lawbermudez.com
5

6  Attorney for:
   Myron Dewberry
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          ) Case No.: 1:17CR-00297 DAD-BAM
                                      )
12          Plaintiff,                ) **NOTICE OF MOTION AND MOTION TO
                                      ) ALLOW DEFENDANT TO TRAVEL OUT
13     vs.                            ) OF THE DISTRICT AND ORDER TO
                                      ) ALLOW DEFENDANT TO TRAVEL OUT
14 MYRON DEWBERRY,                    ) OF THE DISTRICT**
                                      )
15          Defendant                 ) Date: January 29, 2018
                                      ) Time: 2:00 p.m.
16                                    ) Dept. SKO
                                      )
17                                    )
                                      )
18
   TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA
19
   K. OBERTO AND ANGELA L. SCOTT, ASSISTANT UNITED STATES ATTORNEY:
20
       **COMES NOW** Defendant, MYRON DEWBERRY, by and through his attorney of
21
   record, MONICA L. BERMUDEZ hereby requesting that the defendant, MYRON
22
   DEWBERRY, be allowed to travel out of the Eastern District from February 2, 2018 through
23
   February 5, 2018.
24

25

Notice of Motion and Order to Travel - 1

Mr. Dewberry has informed my office that he has a prepaid cruise from Long Beach to Ensenada, Mexico, which he purchased in October 2017. He will be traveling with his wife, Leticia Dewberry.

Mr. Dewberry has complied with all the terms of his supervised release. He is scheduled for a status conference hearing on March 12, 2018.

I have spoken to AUSA Angela Scott and she has no position on the defendant traveling to Ensenada, Mexico. U.S. Pretrial Services Officer, Frank Guerrero, has no position to this request either.

DATED: 1/25/18

Respectfully Submitted,

*/s/ Monica L. Bermudez*
MONICA L. BERMUDEZ
Attorney for Defendant
MYRON DEWBERRY

## ORDER

**IT IS SO ORDERED** that defendant be allowed to travel to Ensenada, Mexico from February 2, 2018 through February 5, 2018.

Dated: January 29, 2018

UNITED STATES DISTRICT JUDGE