McGREGOR W. SCOTT
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MYRON DEWBERRY,<br><br>　　　　　　　　　　Defendant. | CASE NO. 1:17-CR-00297-DAD-BAM<br><br>STIPULATION TO CONTINUE SENTENCING HEARING<br><br>Current Date: October 29, 2018<br>Current Time: 10:00 a.m.<br><br>Proposed Date: November 26, 2018<br>Proposed Time: 10:00 a.m. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant MYRON DEWBERRY ("defendant"), by and through defendant's counsel of record, Monica Bermudez, hereby stipulate as follows:

1.　On June 11, 2018, defendant pleaded guilty to the indictment in the above-referenced case. Thereafter, defendant's sentencing hearing was scheduled for October 29, 2018, at 10:00 a.m.

2.　Defense counsel intends to file a sentencing brief and has been diligently preparing to do so. Nevertheless, defense counsel is awaiting additional documentation before Mr. Dewberry's sentencing memorandum can be filed. Mr. Dewberry is attempting to obtain all documentation and needs additional time.

3.　The government does not object to, and agrees with, the requested continuance.

4. The parties therefore respectfully request that the sentencing hearing for defendant be continued from Monday, October 29, 2018, to Monday, November 26, 2018, at 10:00 a.m.

IT IS SO STIPULATED.

Dated: October 22, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ ANGELA L. SCOTT
ANGELA L. SCOTT
Assistant United States Attorney

Dated: October 22, 2018

/s/ per email authorization

MONICA BERMUDEZ
Counsel for Defendant
MYRON DEWBERRY

## ORDER

Pursuant to the parties' stipulation and good cause shown, IT IS HEREBY ORDERED that defendant MYRON DEWBERRY's sentencing hearing, currently set for October 29, 2018, is hereby vacated and continued to November 26, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **October 22, 2018**

UNITED STATES DISTRICT JUDGE